UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH H. TRIM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12369** |
| **DARRYL VANNOY, WARDEN** | **SECTION: "D"(5)** |

### REPORT AND RECOMMENDATION

In August 2019, *pro se* petitioner Joseph Trim filed the above-captioned application for federal habeas corpus relief.[1] Upon receipt of the application, the Clerk's Office issued a standard deficiency notice to Trim warning that his application was deficient for failure to include either an application to proceed *in forma pauperis* or the requisite $5.00 filing fee and providing him ample opportunity to correct the deficiency (Rec. Doc. 2). Trim failed to comply with the deficiency notice. To date, the above-captioned federal habeas application remains deficient. *See* Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Accordingly, the instant application should be dismissed without prejudice for this reason. *See e.g.*, *Searls v. Cain*, Civ. Action No. 08-928, 2008 WL 1745142 (E.D. La. Apr. 10, 2008).[2]

---

[1] His federal petition does not clearly identify the relevant details for the underlying state criminal conviction he challenges. The vague references he does provide, however, plainly indicate that he was not convicted within any parish that falls within the boundaries of the United States District Court for the Eastern District of Louisiana. Under 28 U.S.C. § 2241(d), venue lies in the district of confinement (LSP-Angola, West Feliciana Parish - Middle District of Louisiana) or the district from which his conviction and sentence was obtained (vaguely identified as either St. Francisville, Louisiana, West Feliciana Parish – Middle District of Louisiana, or Lafayette, Louisiana, Lafayette Parish – Western District of Louisiana). *See* 28 U.S.C. § 98.

[2] The Court emphasizes that dismissal of this proceeding is without prejudice and will not impact Trim's ability to pursue his challenge to the state-court criminal conviction should he choose to refile his application with the necessary filing fee or pauper application in the appropriate federal district court.

**RECOMMENDATION**

It is therefore **RECOMMENDED** that the federal application for habeas corpus relief filed by Joseph Trim in the above-captioned matter be **DISMISSED WITHOUT PREJUDICE.**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc) (citing 28 U.S.C. §636(b)(1)).

New Orleans, Louisiana, this  7th  day of _____October_____, 2019.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**