# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH H. TRIM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12369** |
| **DARRYL VANNOY** | **SECTION: "D"(5)** |

## ORDER

The Court, having considered the Petition,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] the Petitioner's Response,[3] and the Magistrate Judge's subsequent Order,[4] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS HEREBY ORDERED** that the Petition of Joseph Trim for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, September 16, 2020.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 1 (deficient)
[2] R. Doc. 3.
[3] R. Doc. 4.
[4] R. Doc. 5.